Richard F. Bicknell and David Gemmill, trading as Bicknell & Gemmill, Appellants, v. Albert J. Knollin and Charles H. Shurte, trading as the Knollin Sheep Commission Company, and the Knollin Sheep Commission Company, Appellees.

Gen. No. 22,304.    (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. ANDREW D. WEBB, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Reversed and remanded. Opinion filed October 10, 1917.

### Statement of the Case.

Action by Richard F. Bicknell and David Gemmill, trading as Bicknell & Gemmill, plaintiffs, against Albert J. Knollin and Charles H. Shurte, trading as the Knollin Sheep Commission Company and the Knollin Sheep Commission Company, defendants, to recover an alleged balance on account. From a judgment for defendants, plaintiffs appeal.

JOHN A. SHEEAN, for appellants.

CHARLES A. BUTLER, for appellees; FRANKLIN RABER, of counsel.

MR. PRESIDING JUSTICE GOODWIN delivered the opinion of the court.

### Abstract of the Decision.

1. ACCORD AND SATISFACTION, § 4*—when retention of check constitutes. Where there is a bona fide dispute between parties as to the amount due one of them from the other, and a check is given by one party upon condition that it is to be received in full settlement of the claim, and the claimant retains possession of the check, there is an accord and satisfaction.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

2. ACCORD AND SATISFACTION, § 10*—*when question for jury.* In an action to recover an alleged balance of an account due to sheep shippers from commission merchants, where, at the end of the season, a check was sent by defendants to plaintiffs in payment of an account but there had been no dispute in regard to the amount due, and the check was deposited in a bank in the regular course of business and a claim afterwards made for the alleged balance, *held* that it was a question for the jury whether there was an accord and satisfaction.